**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| QUINN BASS,<br><br>Plaintiff,<br><br>v.<br><br>SAN BERNARDINO POLICE DEPARTMENT et al.,<br><br>Defendants. | Case No. 5:26-cv-02935-JVS (DFM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a de novo review of the objections that were filed.

The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation of the United States Magistrate Judge is APPROVED and ACCEPTED.

2. City Defendants' Motion to Dismiss the First Amended Complaint (Dkt. 22) is GRANTED IN PART as to Defendants San Bernardino Police Department, Officer Jordan Robinson, and Officer Christopher Shipley only.

3. The First Claim against those Defendants is DISMISSED WITH PREJUDICE and without leave to amend.

4. The Second Claim against those Defendants, to the extent it is based on Plaintiff's January 2021 arrest and detention before legal process, is DISMISSED WITH PREJUDICE and without leave to amend.

5. The Second Claim against those Defendants, to the extent it is based on malicious prosecution, together with any related municipal-liability theory, is DISMISSED WITH LEAVE TO AMEND.

6. The Third Claim against those Defendants is DISMISSED WITH LEAVE TO AMEND.

7. The Fourth Claim, to the extent it is asserted against those Defendants, is DISMISSED WITH LEAVE TO AMEND.

8. Plaintiff is directed to file any Second Amended Complaint, consistent with the Report and Recommendation, within thirty-five (35) days after the date of this Order

Date: November 05, 2026

JAMES V. SELNA
United States District Judge